

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-78,136-01, WR-78,136-02, and WR-78,136-03

### EX PARTE ANTONIO LEE WILLIAMS, Applicant

### ON APPLICATION FOR POST-CONVICTION WRITS OF HABEAS CORPUS FROM CAUSE NO. 1088181 IN THE 339TH DISTRICT COURT HARRIS COUNTY

*Per curiam*.

**O R D E R**

In December 2007, a jury found applicant guilty of the offense of capital murder. The jury answered the statutory punishment questions in such a way that the trial court set applicant's punishment at death. An initial application for a writ of habeas corpus was filed in the trial court pursuant to Texas Code of Criminal Procedure article 11.071. Two subsequent writ applications were also filed in the trial court. The records in all three cases have been forwarded to this Court for review and final determination.

However, applicant has died.[1]  Applicant's writ applications are dismissed as moot.

IT IS SO ORDERED THIS THE 22ND DAY OF APRIL, 2015.

Do Not Publish

---

[1]  Although this Court has not received a death certificate, it has received a proof of death letter from the Harris County Institute of Forensic Sciences.  According to the letter, appellant passed away on February 19, 2015.